# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-972-MSK-MJW

**Continental Credit Corporation**, Plaintiff

v.

**Daniel Maloney**, Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT DAMAGES DISCOVERY IN LIGHT OF CLERK'S ENTRY OF DEFAULT
( Docket No 21)

---

Having considered Plaintiff's Motion to Conduct Damages Discovery in light of
(Docket No 14)
the Clerk's Entry of Default/and for good cause shown:

The Motion is hereby GRANTED.

It is ORDERED that Continental Credit Corporation may conduct third-party

damages discovery directed to Defendant's current employer, Brightside Credit

Services, LLC.

Date: December 2, 2015 _____